IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARSHALL MCCLAIN | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| AR RESOURCES, INC. | : | No.: 2:25-cv-01189-NIQA |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of Dayle M. Van Hoose_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐  GRANTED.[1]

☐  DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:25-cv-01189-NIQA

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

### I. APPLICANT'S STATEMENT

I, **Dayle M. Van Hoose** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number_____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Florida | 09/30/2005 | 0016277 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| See Exhibit A Attached | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for _____
(Applicant's Signature)

08/22/2025
(Date)

Name of Applicant's Firm: Sessions, Israel & Shartle, LLC

Address: 3350 Buschwood Park Drive, Suite 195, Tampa, FL 33618

Telephone Number: (813) 890-2463

Email Address: dvanhoose@sessions.legal

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/22/2025
(Date)

_____
(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Dayle M. Van Hoose to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Michelle L. Sanginiti | _[signature]_ | 02/14/2019 | 311248 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Sessions, Israel & Shartle, LLC, 5 Caton Circle, Newtown, PA 18940

(267) 996-3010

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/22/25
(Date)

_[signature]_
(Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARSHALL MCCLAIN | : | Civil Action |
| | : | |
| v. | : | |
| AR RESOURCES, INC. | : | |
| | : | No.: 2:25-cv-01189-NIQA |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Dayle M. Van Hoose**, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

>I certify that a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic case filing system.

_/s/ Dayle M. Van Hoose_
(Signature of Attorney)

Dayle M. Van Hoose
(Name of Attorney)

AR Resources, Inc.
(Name of Moving Party)

08/22/2025
(Date)