## EXHIBIT A

Dayle M. Van Hoose is admitted to practice before the following courts:

| Jurisdiction | Bar Number (if any) | Date Admitted |
|---|---|---|
| Florida State Courts | 0016277 | 09/30/2005 |
| USDC MD Florida | 0016277 | 11/22/2005 |
| USDC SD Florida | 0016277 | 08/07/2006 |
| USDC ND Florida | 0016277 | 03/17/2009 |
| USDC ED Michigan | | 07/13/2010 (not sworn) |
| USCA 11th Circuit | | 10/04/2010 |
| USDC ND Illinois | | 04/08/2011 |
| USDC SD Illinois | | 06/08/2011 |
| USDC SD Texas | 2050919 | 08/29/2013 |
| USDC ND Texas | | 03/14/2016 |
| USDC CD Illinois | | 06/01/2016 |
| USDC WD Texas | | 02/13/2020 |
| USDC New Mexico | 21-117 | 04/06/2021 |
| USCA 10th Circuit | | 04/30/2021 |
| USDC SD Indiana | | 06/24/2021 |
| USDC ED Wisconsin | | 04/05/2022 |
| USDC Colorado | | 06/28/2022 |
| USDC ND Ohio | FL16277 | 07/13/2022 |