UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARSHALL MCCLAIN<br>*Individually and on behalf of all others similarly situated*,<br><br>                      Plaintiff,<br>v.<br><br>AR RESOURCES, INC.,<br><br>                      Defendant. | Case No.: 2:25-CV-01189-NIQA |

**DEFENDANT AR RESOURCES, INC., MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL CALLING DATA THAT WILL IDENTIFY PUTATIVE CLASS MEMBERS, OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER PREVENTING DISCLOSURE OF ALL CALLS MADE FOR ANY PURPOSE FROM HIS CELLULAR TELEPHONE PROVIDER SOUGHT BY DEFENDANT**

Defendant, AR Resources, Inc. ("ARR"), through counsel, hereby requests the Court enter an Order granting AR Resources a 21-day extension of time to respond to Plaintiff's Motion to Compel Calling Data that will Identify Putative Class Members, or, in the Alternative, for a Protective Order Preventing Disclosure of All Calls Made for Any Purpose from his Cellular Telephone Provider Sought by Defendant (Doc. 16) (the "Motion to Compel") filed by plaintiff, Marshall McClain ("Plaintiff"), and states:

1.    On August 21, 2025, Plaintiff filed the Motion to Compel. Accordingly, ARR's opposition is currently due September 4, 2025.

2.    ARR and its counsel require additional time to analyze and discuss Plaintiff's Motion to Compel. And further to allow the parties additional time to confer regarding the

1

Motion to attempt to resolve the dispute without judicial intervention. ARR requests this extension not for purposes of delay, but so that it has additional time to complete its initial investigation and properly respond to the Motion to Compel.

3. Undersigned counsel confirms she has conferred with counsel for Plaintiff regarding the requested relief, who consented to a 21-day extension of time for ARR to file its response.

4. Granting the requested relief will not prejudice any party or unduly delay these proceedings.

WHEREFORE, Defendant, AR Resources, Inc., respectfully requests this Court grant a 21-day extension through and including September 25, 2025, for AR Resources, Inc. to file its response to Plaintiff's Motion to Compel, and other relief as the Court deems proper.

Dated: August 29, 2025                              Respectfully submitted,

                                                    /s/ Michelle L. Sanginiti
                                                    Michelle L. Sanginiti, Esq. (#311248)
                                                    Sessions, Israel & Shartle, LLC
                                                    5 Caton Circle
                                                    Newtown, PA 18940
                                                    Telephone: (267) 996-3010
                                                    Facsimile: (877) 334-0661
                                                    Email: msanginiti@sessions.legal

                                                    *Attorneys for Defendant,*
                                                    *AR Resources, Inc.*

## CERTIFICATE OF SERVICE

I certify that on August 29, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

                By:    */s/ Michelle L. Sanginiti*
                         Michelle L. Sanginiti, Esq.