UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARSHALL MCCLAIN<br>*Individually and on behalf of all others similarly situated*,<br><br>      Plaintiff,<br>v.<br><br>AR RESOURCES, INC.,<br><br>      Defendant. | Case No.: 2:25-CV-01189-NIQA |

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL CALLING DATA THAT WILL IDENTIFY PUTATIVE CLASS MEMBERS, OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER PREVENTING DISCLOSURE OF ALL CALLS MADE FOR ANY PURPOSE FROM HIS CELLULAR TELEPHONE PROVIDER SOUGHT BY DEFENDANT**

  Plaintiff, Marshall McClain ("Plaintiff") and Defendant, AR Resources, Inc. ("ARR"), through counsel, hereby requests the Court enter an Order granting AR Resources an extension of time to respond to the Motion to Compel Calling Data that will Identify Putative Class Members, or, in the Alternative, for a Protective Order Preventing Disclosure of All Calls Made for Any Purpose from his Cellular Telephone Provider Sought by Defendant (Doc. 16) (the "Motion to Compel") filed by Plaintiff, and states:

  1. On August 21, 2025, Plaintiff filed the Motion to Compel.

  2. On August 29, 2025, ARR filed a Motion for Extension of Time to respond to the Motion to Compel, which this Court granted.

1

3. Since that time, the parties have been engaged in discussions in an attempt to narrow the issues for the court, and regarding mediation. The parties scheduled private mediation for December 2, 2025.

4. The parties now make this joint request to extend ARR's time to respond to the motion until 21 days following the mediation as the outcome of the mediation may moot the motion. The parties do not request this extension for purposes of delay, but for the purposes of preserving the Court's and the parties' time and resources.

5. Granting the requested relief will not prejudice any party or unduly delay these proceedings.

WHEREFORE, the parties respectfully request the Court grant ARR an extension to December 24, 2025 to respond to the pending Motion to Compel and for such other relief as the Court deems proper.

Dated: September 23, 2025          Respectfully submitted,

*/s/ Michelle L. Sanginiti*
Michelle L. Sanginiti, Esq.  (#311248)
Sessions, Israel & Shartle, LLC
5 Caton Circle
Newtown, PA 18940
Telephone: (267) 996-3010
Facsimile: (877) 334-0661
Email: msanginiti@sessions.legal

*Attorneys for Defendant,*
*AR Resources, Inc.*

> */s/ Anthony I. Paronich*
> Anthony I. Paronich
> PARONICH LAW, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> Tel: (617) 485-0018
> Fax: (508) 318-8100
> anthony@paronichlaw.com
>
> *and*
>
> */s/ Jeremy C. Jackson*
> Jeremy C. Jackson
> Bower Law Associates, PLLC
> 403 South Allen Street
> Suite 210
> State College, PA 16801
> Tel: (814) 237-2626
> Fax: (814) 237-8700
> jjackson@bower-law.com
>
> *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on September 23, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

> By:  */s/ Michelle L. Sanginiti*
>      Michelle L. Sanginiti, Esq.