# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARSHALL MCCLAIN**, individually and on behalf of all others similarly situated,<br>　　*Plaintiff*<br>　　v.<br><br>**AR RESOURCES, INC.**,<br>　　*Defendant* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>NO. 25-1189 |

# ORDER

**AND NOW**, this 30th day of September 2025, upon consideration of the parties' *joint motion for extension of time to respond to Plaintiff's motion to compel or, in the alternative, for a protective order*, (ECF 21), and for good cause, it is hereby **ORDERED** that the motion is **GRANTED,** *in part*. Accordingly, Defendant shall respond to the motion to compel by December 23, 2025. The request for protective order is **DENIED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ *Nitza I. Quiñones Alejandro*
　　　　　　　　　　　　　　　　　　**NITZA I. QUIÑONES ALEJANDRO**
　　　　　　　　　　　　　　　　　　*Judge, United States District Court*