# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARSHALL MCCLAIN, individually and on behalf of all others similarly situated,** | : : : | CIVIL ACTION |
| *Plaintiff* | : | NO. 25-1189 |
| v. | : : | |
| **AR RESOURCES, INC.,** | : | |
| *Defendant* | : : | |

# ORDER

**AND NOW**, this 7th day of November 2025, upon consideration of Defendant AR Resources, Inc.'s *motion for extension of time to respond to Plaintiff's motion to compel*, (ECF 19), and the September 30, 2025 Order, (ECF 22), which granted the parties' joint motion for an extension of time, it is hereby **ORDERED** that Defendant's motion is **DENIED**, as moot.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*