UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARSHALL MCCLAIN,<br><br>               Plaintiff(s),<br>v.<br><br>AR RESOURCES, INC.,<br><br>               Defendant(s). | Case No.: 2:25-cv-01189 |

**NOTICE OF SETTLEMENT**

Defendant, AR Resources, Inc., by and through undersigned counsel, hereby provides notice to the court that the Parties have reached a settlement agreement in the above-titled case and are presently finalizing and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: January 5, 2026                                Respectfully submitted,

                                                                          */s/ Michelle L. Sanginiti*
                                                                          Michelle L. Sanginiti, Esq. (#311248)
                                                                          SESSIONS, ISRAEL & SHARTLE, LLC
                                                                          5 Caton Circle
                                                                          Newtown, PA 18940
                                                                          Telephone: (267) 996-3010
                                                                          Facsimile: (877) 334-0661
                                                                          Email: msanginiti@sessions.legal

                                                                          *Attorneys for Defendant,*
                                                                          *AR Resources, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to the parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/ *Michelle L. Sanginiti*
Michelle L. Sanginiti, Esq.