UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARSHALL MCCLAIN,<br><br>    Plaintiff,<br>v.<br><br>AR RESOURCES, INC.,<br><br>    Defendants. | Case No.: 2:25-cv-01189-NIQA |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff, Marshall McClain, and Defendant, AR Resources, Inc., by and through undersigned counsel, do hereby stipulate the dismissal with prejudice of this entire action. Each party is to bear its own fees and costs.

Date: January 27, 2026

Respectfully submitted,

*/s/ Anthony Paronich*
Anthony Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff,*
*Marshall McClain*

*/s/ Michelle L. Sanginiti*
Michelle L. Sanginiti, Esq. (311248)
SESSIONS, ISRAEL & SHARTLE, LLC
5 Caton Circle
Newtown, PA 18940
(267) 996-3010
msanginiti@sessions.legal

*Counsel for Defendant,*
*AR Resources, Inc.*